UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| MICHAEL O'SHAY LOWERY | CIVIL ACTION NO. 04-2379-M |
|---|---|
| -vs- | JUDGE DRELL |
| BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

IT IS ORDERED that Michael O'Shay Lowery's petition for writ of habeas corpus is DENIED AND DISMISSED WITH PREJUDICE.

SIGNED on this 17th day of April, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge